LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 15-00838 BRO (JEMx) | Date | February 25, 2015 |
|---|---|---|---|
| Title | HOME SAFETY ASSOCIATION OF AMERICA, LLC V. UNIVERSAL ADMINISTRATORS SERVICES, INC. ET AL | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS)

# ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION

Plaintiff Home Safety Association of America, LLC ("Plaintiff") initiated this action in the Superior Court of California, County of Los Angeles. (*See* Notice of Removal Ex. 1.) Defendants Universal Administrators Services, Inc. and Jack Wainwright (collectively, "Removing Defendants") removed the matter on February 5, 2015, invoking this Court's diversity jurisdiction. (*Id.* ¶ 5.)

A federal court must determine its own jurisdiction even if there is no objection. *Rains v. Criterion Sys., Inc.*, 80 F.3d 339, 342 (9th Cir. 1996). Because federal courts are of limited jurisdiction, they possess original jurisdiction only as authorized by the Constitution and federal statute. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). Original jurisdiction may be established pursuant to 28 U.S.C. § 1332(a)(1). Under the complete diversity rule, a plaintiff must meet the diversity statute's requirements with respect to each defendant. *See Newman-Green, Inc. v. Alfonzo-Larrain*, 490 U.S. 826, 829 (1989) (citing *Strawbridge v. Curtiss*, 3 Cranch 267 (1806)). For purposes of diversity jurisdiction, a limited liability company is deemed to be a citizen of every state of which its owners or members are citizens. *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

The Notice of Removal does not demonstrate complete diversity of citizenship among the parties in this case. Removing Defendants allege that Plaintiff and Defendant Septic Protection Plan, LLC are limited liability companies with a principal place of business in California and Florida, respectively. (Notice of Removal ¶¶ 6, 9.) These allegations are insufficient to establish the citizenship of these parties. *See Johnson*, 437

LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | **CV 15-00838 BRO (JEMx)** | Date | February 25, 2015 |
|---|---|---|---|
| Title | **HOME SAFETY ASSOCIATION OF AMERICA, LLC V. UNIVERSAL ADMINISTRATORS SERVICES, INC. ET AL** | | |

F.3d at 899. To demonstrate that complete diversity exists, Removing Defendants must: (1) identify each member or owner of Plaintiff and Defendant Septic Protection Plan, LLC, and (2) allege every state in which each owner or member is a citizen.

Accordingly, the Court **ORDERS** Removing Defendants to show cause as to why this case should not be dismissed for lack of subject matter jurisdiction. Removing Defendants' response **shall be filed by no later than Friday, February 27, 2015, at 4:00 p.m.**

**IT IS SO ORDERED.**

:

Initials of Preparer    rf